ALBRO J. NEWTON COMPANY, Respondent, *v.* HENRY ERICKSON et al., Individually and as Business Agents of the JOINT DISTRICT COUNCIL OF NEW YORK AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, and AMALGAMATED SOCIETY OF CARPENTERS AND JOINERS OF AMERICA et al., Appellants.

*Newton Company* v. *Erickson,* 165 App. Div. 930, reversed.
(Argued April 6, 1917; decided October 9, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered January 7, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendants from conspiring, combining or acting in concert in any manner to injure or interfere with the plaintiff's good will, trade or business.

*Charles Maitland Beattie* for appellants.

*Walter Gordon Merritt* for respondent.

Judgment reversed and complaint dismissed, with costs in all courts, on the authority of decision in *Bossert* v. *Dhuy* (221 N. Y. 342).

Concur: CHASE, COLLIN, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Taking no part: CRANE, J.